```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JESUS BETANCOURT,                          :       08 Civ. 10243 (SHS)

               Plaintiff,    :

     -against-                            :       ORDER OF DISMISSAL

THE CITY OF NEW YORK, *ET AL.*,            :

              Defendants.   :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 30 days of this Order, any party may reinstate this action if the terms of the settlement are not effectuated within that time.

Dated: New York, New York
       October 7, 2009

                               SO ORDERED:

                               *[signature]*
                             Sidney H. Stein, U.S.D.J.